**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

        Plaintiffs,

 -against-

CHAMPION INTERNATIONAL CONSTRUCTION
CORP.,

        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/18

18 **CIVIL** 5881 (JGK)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 30, 2018, the plaintiffs' motion for a default judgment against Champion International is granted. Judgment is entered against Champion International and for the plaintiffs as follows: $1,174,136.37, representing the February 27, 2015, default judgment entered against Champion Construction. Interest on the $900,033.12 principal arbitration award, in the amount of $173,731.05. $14,381.94 in attorneys' fees and costs. Post-judgment interest on the entire amount will accrue from the date judgment is entered at the rate provided by 28 U.S.C. § 1961 (a).

**Dated:** New York, New York
    October 31, 2018

                  **RUBY J. KRAJICK**

                  Clerk of Court
          **BY:**
                  *Kmargo*
                  **Deputy Clerk**